BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SHEILA A.G. ARMBRUST (CABN 265998)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6961
    FAX: (415) 436-7234
    sheila.armbrust@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID MARTIN ESCOBAR,<br><br>    Defendant. | No. CR 17-00430 WHA<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING MATTER AND<br>EXCLUDING TIME UNDER THE<br>SPEEDY TRIAL ACT<br><br>Date: September 12, 2017, to September 19, 2017<br>Time: 2:00 p.m. |

The parties appeared before the Honorable William Alsup on September 12, 2017, for a status conference. This was defendant's second appearance before the court. Defense counsel represented that she needs time to evaluate possible motions and a plea offer from the government. The parties requested, and the Court granted, a continuance until September 19, 2017. The parties also stipulated, and the Court ordered, that time between September 12, 2017, and September 19, 2017, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties further stipulate, and ask the Court to find, that the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

DATED: September 14, 2017

BRIAN J. STRETCH
United States Attorney

_____/s/_____

SHEILA A.G. ARMBRUST
Assistant United States Attorney

DATED: September 14, 2017

_____/s/_____

ELIZABETH FALK
Counsel for Defendant

### [PROPOSED] ORDER

For the reasons stated, this matter is continued until September 19, 2017, at 2:00 p.m. The time between September 12, 2017, and September 19, 2017, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant the continuance would deny the defendant's counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED:   September 14, 2017.

_____

WILLIAM ALSUP
United States District Judge