STEVEN G. KALAR
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Elizabeth_Falk@fd.org

Counsel for Defendant Escobar

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 17–430 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER VACATING STATUS CONFERENCE DUE TO PENDING DEFENDANT'S MOTION TO SUPPRESS AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| DAVID ESCOBAR, | |
| Defendant. | |

The above titled matter is currently scheduled for a status conference on September 19, 2017. The parties agree that the status conference shall be vacated and that the following schedule should be established with regards to the Defendant's Motion to Suppress;

  Opening Brief Due: October 10, 2017.

  Response Due: October 24, 2017.

  Reply Due: October 31, 2017

  Hearing Date: November 7 at 2:00 p.m.

//

The parties further stipulate that the time between September 19, 2017 and October 10, 2017 be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate, and ask the Court to find, that the requested exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

September 19, 2017.
Dated

WILLIAM H. ALSUP
United States District Judge

IT IS SO STIPULATED.

September 18, 2017
Dated

BRIAN J. STRETCH
United States Attorney
Northern District of California

/S
SHEILA ARMBRUST
Assistant United States Attorney

September 18, 2017
Dated

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S
ELIZABETH FALK
Assistant Federal Public Defender