STEVEN G. KALAR
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Elizabeth_Falk@fd.org

Counsel for Defendant ESCOBAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID ESCOBAR, <br><br> Defendant. | **Case No.:** CR 17–430 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO SUPPRESS AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

The above titled matter is currently scheduled for a hearing on November 7, 2017. The parties agree that for effective preparation of counsel that the briefing schedule and hearing with regard to the Defendant's Motion to Suppress should be continued to the following dates;

Opening Brief Due: October 17, 2017.

Response Due: October 31, 2017.

Reply Due: November 7, 2017

Hearing Date: November 14, 2017 at 2:00 p.m.

//

The parties further stipulate that the time between October 10, 2017 and October 17, 2017 be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate, and ask the Court to find, that the requested exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

October 3, 2017.
Dated

WILLIAM ~~H.~~ ALSUP
United States District Judge

IT IS SO STIPULATED.

October 3, 2017
Dated

BRIAN J. STRETCH
United States Attorney
Northern District of California

/S
SHEILA ARMBRUST
Assistant United States Attorney

October 3, 2017
Dated

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S
ELIZABETH FALK
Assistant Federal Public Defender