STEVEN G. KALAR
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Elizabeth_Falk@fd.org

Counsel for Defendant ESCOBAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ESCOBAR,<br><br>Defendant. | **Case No.:** CR 17–430 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER ALTERING BRIEFING SCHEDULE BUT MAINTAINING HEARING DATE ON DEFENDANT'S MOTION TO SUPPRESS** |

The above titled matter is currently scheduled for a hearing on November 14, 2017. The parties wish to maintain the hearing date, but agree to slightly alter the briefing schedule for said motion. The parties agree that for effective preparation of defense counsel that the briefing schedule for Defendant's Motion to Suppress should be altered to the following dates;

Opening Brief Due: October 19, 2017.

Response Due: November 2, 2017.

Reply Due: November 7, 2017

**Hearing Date: November 14, 2017 at 2:00 p.m.**

Due to the pending motion, which was filed by defense counsel on October 19, 2017, time is automatically excluded until the Court decides the motion.

IT IS SO ORDERED.

October 24, 2017.
Dated

WILLIAM H. ALSUP
United States District Judge

IT IS SO STIPULATED.

October 20, 2017
Dated

BRIAN J. STRETCH
United States Attorney
Northern District of California

/S
SHEILA ARMBRUST
Assistant United States Attorney

October 20, 2017
Dated

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S
ELIZABETH FALK
Assistant Federal Public Defender